AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Michael Maione (312) 353-4258

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SERGIO ARIAS

CASE NUMBER: 1:24-cr-00601

FILED
DEC 17 2024
Magistrate Judge Beth W. Jantz
United States District Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### Count One

On or about June 14, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | knowingly employed and used a minor, namely Child Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was transported and transmitted using any means and facility of interstate commerce. |

### Count Two

From on or about June 14, 2024 to on or about December 17, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252 and 2252A | knowingly possessed material, namely, (a) a Samsung Galaxy A32 5Gphone bearing serial number RFCT41WSP0W, and (b) a Motorola Moto G Stylus 2023 cell phone bearing serial number ZY22H8B2PK, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such image having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

_____
HOLDEN WEGNER
Special Agent, Homeland Security Investigations
(HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: <u>December 17, 2024</u>

_____
*Judge's signature*

City and state: <u>Chicago, Illinois</u>       BETH W. JANTZ, U.S. Magistrate Judge
                                          *Printed name and title*

UNITED STATES DISTRICT COURT )
)
NORTHERN DISTRICT OF ILLINOIS )

## AFFIDAVIT

I, Holden Wegner, being duly sworn, state as follows:

1.     I am a special agent with Homeland Security Investigations ("HSI") and have been so employed since January 2024. I am assigned to the HSI Chicago Field Office, where I work in the Child Exploitation Investigations Group. As part of my duties as an HSI special agent, I investigate criminal violations of federal laws relating to the sexual exploitation of children, including laws about the possession, receipt, transfer, and production of child pornography, also referred to as child sexual abuse material ("CSAM"). I have received training in CSAM and child exploitation identification, and I have had the opportunity to observe and review examples of CSAM in various forms of media including computer media. I have additionally completed advanced training in digital evidence investigations. I have participated in the execution of search warrants involving child exploitation, CSAM, and online solicitation crimes.

2.     I make this Affidavit in support of an application for a complaint alleging that there is probable cause to believe that SERGIO ARIAS committed sexual exploitation of children, in violation of Title 18, United States Code, Section 2251(a), and the possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A (collectively, the "Subject Offenses"). Based on

my knowledge of the investigation and the information set forth below, ARIAS resides at 5336 West Nelson Street, Chicago, Illinois 60641, (the "Subject Premises").

3. The statements in this affidavit are based on my personal knowledge, my training and experience, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. I have not included every fact known to me concerning this investigation. I have set forth facts that I believe establish probable cause to believe that ARIAS committed the **Subject Offenses**.

## I. SUMMARY OF FACTS SUPPORTING PROBABLE CAUSE

4. HSI is currently investigating SERGIO ARIAS for suspected child exploitation and child pornography offenses. Based on data taken from a nine-year-old girl's ("CV1") cell phone, on or about June 14, 2024, CV1 sent nude pictures and videos of herself via an encrypted chat application called Zangi to a user going by the name "AlexRules." CV1 sent those images after AlexRules repeatedly encouraged her and instructed her how to make them, including by sending CV1 a nude image of a pre-teen girl and asking her to imitate the image. AlexRules also instructed CV1 to take pictures and videos of herself performing specific sexual acts, including applying an electric toothbrush to her clitoris, which CV1 did. And based on the data recovered from CV1's cell phone and her statements in a forensic interview, CV1, in response to further requests from AlexRules, recorded a short video of herself and her five-year-old sister embracing each other while nude.

2

5. Based on data provided by SnapChat and statements from CV1, the person who went by "AlexRules" on Zangi made initial contact with CV1 on or about June 14, 2024 via a SnapChat account using the display name "Yuh", which had an associated SnapChat username of "silenceandobey". According to records from SnapChat obtained pursuant to a Texas state court warrant, several "selfie" pictures of ARIAS were stored in the silenceandobey/Yuh Snapchat account. Further, on or about June 14, 2024, the silenceandobey/Yuh SnapChat used an IP address that, according to Comcast records, was at that time and remains now subscribed to "Sergio Arias" at the Subject Premises.[1] Moreover, according to a tip from SnapChat to the National Center for Missing and Exploited Children ("NCMEC"), that same IP address was used to upload, share, or send child pornography on or about March 7, 2024, at which time that IP address was also subscribed to "Sergio Arias" at the Subject Premises.

6. According to Cook County property tax records, "Sergio Arias" purchased the Subject Premises on September 19, 2022. According to HSI surveillance records, agents have observed ARIAS at the Subject Premises as recently as on or about November 30, 2024 and on or about December 2, 2024, and on the

---

[1] Based on publicly available data, I believe that ARIAS and his father share the same name: "Sergio Arias." Accordingly, this affidavit uses the following conventions: "ARIAS's father" when the attributed record or data makes clear that that the record or data refers to Sergio Arias Sr.; "ARIAS" when the record or data makes clear that it refers to Sergio Arias Jr.; "Sergio Arias" when the record or data refers only to a "Sergio Arias" without clarifying whether it pertains to father or son.

3

former occasion agents observed him in a vehicle with an unaccompanied minor that is not his child.

## II.   FACTS SUPPORTING PROBABLE CAUSE

### A.   Background

7.   According to HSI reports, on or about June 21, 2024, Texas Department of Public Safety ("DPS") Criminal Investigative Division Special Agent Michael Tanzi ("SA Tanzi") responded to the Ranger, Texas Police Department's request to assist with a possible online solicitation of a minor investigation. According to the father of CV1, his nine-year-old daughter had sent explicit videos to an unknown account on SnapChat.[2] CV1's father provided CV1's cell phone, password, and her SnapChat account information to the Ranger Police Department and consented to a law enforcement search of the phone and its contents, including information stored in SnapChat.

8.   According to HSI and DPS reports, pursuant to the above-described consent to search, law enforcement extracted data from CV1's phone. Based on my

---

[2] Based upon my training and experience, I know that Snapchat is a messaging application for mobile phones with Apple's iOS and Google's Android operating systems, and one of the most popular applications for sending and receiving "self-destructing" text messages, pictures, and videos. SnapChat's services include instant messaging, voice calls, video calls, and file sharing capabilities, which use the Internet. All of SnapChat's chats are protected by end-to-end encryption, meaning only the sender and receiver(s) of a chat have access to the content, and nothing is stored on any Snapchat servers once delivered. To access SnapChat, a user must create an account, which requires him or her to provide a cellular phone number. The account cellular phone number is sent a verification text message with a verification key code that must be entered in the application in order to activate the account. When a user logs into SnapChat, both the user's verified phone number and display name are visible to other users in a particular chat group.

review of the data extracted from CV1's photos and videos folders, on or about June 14, 2024, CV1 created more than twenty images and videos of apparent child pornography depicting CV1, which are described more fully below.

9.      Additionally, the data from CV1's cell phone shows that she had a SnapChat account as of on or about June 14, 2024. Based on my training and experience and review of data extracted from CV1's phone, I know that messages from the SnapChat application on CV1's phone generally cannot be fully extracted directly from the SnapChat application because SnapChat messages generally delete themselves after the recipient first reads them. However, based on my review of CV1's cell phone extraction data, on or about June 14, 2024, CV1's phone settings were such that she received a "notification" on her phone each time she received a SnapChat message. Those "notifications" contain limited or no information about the content of the SnapChat messages but reveal the times and dates of messages she received.

10.      CV1's phone data also contains evidence regarding an application called "Zangi."[3] Although the Zangi application had been deleted from CV1's phone before the phone was turned over to law enforcement, according to both SA Tanzi's review and my own review of data extracted from CV1's phone, there is evidence on CV1's

---

[3] Like SnapChat, Zangi's services include instant messaging, voice calls, video calls, and file sharing capabilities, which use the Internet. All of Zangi's chats are protected by end-to-end encryption, meaning only the sender and receiver(s) of a chat have access to the content, and nothing is stored on any servers once delivered. Unlike SnapChat, Zangi is further encrypted because its systems are decentralized. Based on Zangi's law enforcement guide, Zangi does not collect IP address, location, email, or phone number information. Zangi also does not save user messages on servers, nor does Zangi intercept calls. The content of the communication data is encrypted such that Zangi administrators do not have access to that content.

5

phone that CV1 engaged in conversations on Zangi on or about June 14, 2024, including: (1) data extracted from the "notifications" feature on CV1's phone that shows she received Zangi messages (similar to the "notifications" evidence from SnapChat described above); and (2) in the videos folder of CV1's phone, there is a "screen recording" of a conversation between CV1 and a Zangi user called "AlexRules". The evidence regarding CV1's Zangi activity is discussed further below.

11.     In addition to the foregoing evidence collected from CV1's phone, which is discussed in further detail below, according to DPS reports, on or about June 21, 2024, the Eastland County Child Advocacy Center conducted a forensic interview with CV1 at their office in Eastland, Texas. Based on my review of the video recording of the interview, in summary and as detailed more fully below, CV1 stated that approximately one week prior to the interview, a SnapChat user with the display name "Yuh" added her as a friend on SnapChat and began chatting with her. Yuh claimed to be eleven years old and asked CV1 to do "weird stuff" such as taking pictures of herself lying naked on a bed. Yuh later asked CV1 to download Zangi, where Yuh sent CV1 pornographic images and asked CV1 to send back naked pictures and videos of herself, which she did.

**B.     ARIAS contacted CV1 on SnapChat and solicited and received child pornography from CV1 on Zangi**

12.     Based on the notifications data from CV1's phone, on or about June 14, 2024, at approximately 8:40 a.m. CDT, CV1 received a notification from SnapChat

6

that stated that a user with the display name "Yuh" "wants to be your friend!"[4] Over the course of approximately the next seven-and-a-half hours, until approximately 4:12 p.m. CDT, there were approximately 150 notifications from Yuh.

13.     According to CV1's statement in the above-described forensic interview, during their SnapChat conversation on or about June 14, 2024, Yuh claimed to be 11 years-old and sent CV1 a photograph purporting to be of himself.  CV1 said the picture depicted an unidentified boy no facial hair who CV1 estimated was about 13 years-old. According to CV1, Yuh requested that CV1 download another encrypted chat application, Zangi, which she did.

14.     Based on the notifications data from CV1's phone, on or about June 14, 2024, at approximately 4:18 p.m. CDT (approximately 6 minutes after the last SnapChat notification described above), CV1 received a message via Zangi from an account with the display name, "AlexRules" that read, "Hello?"[5] On or about June 14, 2024, at approximately 4:38 p.m. CDT, CV1 received two Zangi message notifications

---

[4] Based on my training and experience, users establish a username when a Snapchat account is created. Once generated, it is not possible to change a username. In contrast, a display name is the account name that is viewable to other Snapchat users when interacting with a user's account, and can be changed over time.

[5] This Affidavit includes quotations from recorded written and oral statements. The language that is quoted from the recorded statements throughout is based upon a preliminary review of the recorded conversations, and not final transcripts. The times listed for the recorded conversations are approximate. The summaries do not include all statements or topics covered during the course of the recorded statements. At various points, I have included in brackets my interpretation of words and phrases used in the recorded conversations. My interpretations are based on the contents and context of the recorded statements, events that took place before and after the statements, my knowledge of the investigation as a whole, my experience and training, and the experience and training of other law enforcement agents in this investigation.

7

from AlexRules that read as follows: "Wanna see more of her after your video?" "She's had practice so she does more than rubbb [corrupted emoji]".[6] At approximately 4:43 p.m. CDT, CV1 received two more Zangi message notifications from AlexRules that stated: "Are you done tho?" and "And it opens your files , just pic whatever you wanna send".

15.     Based on data from CV1's phone's videos folder, between approximately 4:45 p.m. and 4:46 p.m. CDT, CV1's phone created two videos that depict her removing her clothes. In one video, CV1 removes all of her clothing except her underwear; in the other video, she removes her underwear.

16.     Based on the notifications data from CV1's phone, on or about June 14, 2024, at approximately 4:58 p.m. CDT, CV1 received a Zangi notification from AlexRules: "Kinda got my [eggplant emoji] wanting moreee." From my training and experience, I know that an eggplant emoji is often used to refer to a penis.

17.     Based on data from CV1's phone's videos folder, at approximately 4:59 p.m. CDT on June 14, 2024, CV1 created a video. The video appears to be filmed by CV1 and shows her removing all of her clothes. She is nude. There is no breast development visible and no pubic hair visible.

18.     Based on the notifications data from CV1's phone, on or about June 14, 2024, at approximately 5:15 p.m. CDT, CV1 received a message from AlexRules on

---

[6] Based on my training and experience, I believe that this emoji is not recognized by the data extraction software that law enforcement used to extract data from CV1's phone.

Zangi that stated, "You should delete the app and download it back again when you're done." The next message stated, "So you don't get in trouble." At approximately 5:18 p.m. CDT, CV1 received a message from AlexRules on Zangi stating, "well text on snappp [SnapChat] and add eachother again".

19.     Based on notifications data from CV1's phone, on or about June 14, 2024, at approximately 5:20 p.m. CDT, approximately two minutes after AlexRules instructed CV1 to text on SnapChat, CV1 began receiving notifications of messages from Yuh on SnapChat again.

20.     Based on data from CV1's phone photos folder, at approximately 5:58 p.m. on or about June 14, 2024, CV1 took a screenshot of the Zangi application downloading. Based on this, and my training and experience and knowledge of the investigation, I believe it is likely that CV1 followed the direction of AlexRules to "delete the app and download it back again" and deleted Zangi sometime after 5:18 p.m. on or about June 14, 2024 and then redownloaded it at approximately 5:58 p.m. the same day.

21.     Based on data from CV1's phone videos folder, at approximately 7:30 p.m. CDT on or about June 14, 2024, CV1 took a "screen recording" of a conversation she had with AlexRules on Zangi from approximately 6:03 p.m. to 6:25 p.m. Based on the screen recording, starting at approximately 6:03 p.m. on or about June 14, 2024, the conversation between AlexRules and CV1 included the following:

AlexRules:   Heyyy sexy [fire emoji]

9

> CV1:        Heyy
>
> AlexRules:   Want me to show you the pose?
>
> CV1:        sure

a.       Based on the screen recording, at approximately 6:05 p.m. the same day, AlexRules then sent CV1 an image depicting an unknown adolescent female that appears to me, based on my training and experience, to be less than 13 years old. The minor female depicted in the video is nude and is laying on a white fabric facing away from the camera with her head and face looking toward the camera and her legs spread apart on the white fabric. The focal point of the image is the anus and vagina of the minor female. There is no pubic hair visible on the minor female. Based on data from CV1's photos folder, CV1 saved this image on her phone at approximately the same time it was sent. According to the screen recording, the conversation then continued:

> AlexRules:   Alr[ight]
>
> CV1:        Just like that , legs and ass open [fire emoji]
>
> AlexRules:   You can clean up first if you want

b.       Based on the screen recording, at approximately 6:09 p.m., CV1 sent a picture to AlexRules in which CV1 is apparently imitating the girl in the picture sent by AlexRules at approximately 6:05 p.m. In the picture, CV1 is nude and laying on the floor facing away from the camera with her head and face looking behind her and toward the camera and her legs spread apart on the floor. CV1's face is visible

10

in the picture. The focal point of the image is the anus and vagina of CV1. There is no pubic hair visible on CV1. Based on data from CV1's photos folder, CV1 created a picture of herself attempting to strike the requested pose at approximately 6:07 p.m. She then took at least one picture of herself at approximately 6:08 p.m., which appears to be substantially the same image as the one depicted in the screen recording as having been sent on Zangi at 6:09 p.m. Based on the screen recording, the conversation continued as follows:[7]

| | |
|---|---|
| CV1: | I tire / Tried |
| AlexRules: | well see [thinking emoji] |
| CV1: | It's loading [smirk emoji] |
| AlexRules: | just like that but on your knees like her |
| CV1: | Ok |

c.     Based on the screen recording, at approximately 6:11 p.m., CV1 sent another picture to AlexRules in which CV1 is apparently imitating the girl in the picture sent by AlexRules. Based on data from CV1's photos folder, also at approximately 6:11 p.m., CV1 took what appears to be substantially the same image as the one depicted in the screen recording as having been sent to AlexRules via Zangi. Based on the screen recording, the conversation continued:

---

[7] Instances in which a message was sent in multiple distinct but consecutive text messages are indicated with a "/"

11

AlexRules:  GYATT[8] [string of excitement emojis]

CV1:  LOL [Laugh out loud]

AlexRules:  That pose you did was sexyyyyy asffff[as fuck] [fire emoji] / You look like a model [sweat emoji]

CV1:  Yep / lol [laugh out loud]

AlexRules:  Ready for another video from her?

CV1:  Sure

AlexRules:  This one she's fuking herself with her fingers

CV1:  Sure

AlexRules:  On one condition

CV1:  What?

AlexRules:  The next video you make , you gotta use your electric tooth brush [evil grin with horns emoji]

CV1:  Ok

AlexRules:  Okaaaay[9] / If you have headphones wear them or don't have the sound all the way up

---

[8] Based on my training and experience, I know that "GYATT" is a slang term often used to comment in reaction to an image of an attractive woman. The term underwent linguistic drift from the colloquialism "God damn".

[9] The screen recording shows that AlexRules deleted his next message after "Okaaaay".

12

CV1:        I have it all the way down

AlexRules:  She's moaning / [sweat face emoji]

CV1:        Ong [*sic*] [oh my god] lol [laugh out loud]

AlexRules:  It's done

CV1:        Alr[ight]

AlexRules:  Now this is what I want you to do , sit down your back on the wall your legs up and spread open / and then grab your electric toothbrugh turn it on and rub the little part of your pussyyy for 1 min / But make sure the camera is getting ALL of youuu / I meant rub the little bumpy part on your pussyyy / Let me show you what part hold on

CV1:        Lat / Alr[ight] / ??

d.      Based on the screen recording, at approximately 6:22 p.m. the same day, AlexRules sent CV1 an image depicting an unidentified adolescent female naked in a crouched back position; in the image, the unidentified adolescent female's clitoris is circled in white. With the exception of the added white circle, this image appears to be the same unidentified adolescent female described above that was saved in CV1's photos folder at approximately 4:57 p.m. CDT, one minute before

13

AlexRules messaged CV1: "Kinda got my [eggplant emoji] wanting moreee." Based on the screen recording, the conversation continued:

> AlexRules: That part
>
> CV1: Ale [alright]
>
> AlexRules: 1 min / Hope you like it [smirk emoji] / It's gonna feel amazing , but just keep going with the good feeling no matter how good it feels keep going and rub it in a circular motion

e. Based on the data from CV1's videos folder, CV1 created approximately two videos from approximately 6:23 p.m. to 6:24 p.m. on or about June 14, 2024. The two videos depict CV1 placing an electric toothbrush against her vagina, which is exposed to the camera. Based the screen recording, CV1 sent a video to AlexRules at approximately 6:25 p.m. Only the first frame, not the entire video, is visible in the screen recording. However, the first frame that is visible appears to me to be identical to the beginning of the video CV1 created at 6:24 p.m. According to the screen recording, CV1 then stated, "I felt good" and the recording then ceased.

22. Based on data from CV1's photos folder, in addition to the above-described screen recording, at approximately 6:37 p.m. CDT on or about June 14, 2024, CV1 took a screenshot of her conversation with AlexRules on Zangi from approximately 6:25 p.m. onward. Based on the screenshot, the conversation continued:

14

> AlexRules: It's gonna feel amazing , but just keep going with the good feeling no matter how good it feels keep going and rub it in a circular motion / My ex told me that's where it feels amazing for girls
>
> CV1: I felt good
>
> AlexRules: You liked it?
>
> CV1: Yep

23. According to CV1's statement in the above-described forensic interview, AlexRules also requested on Zangi that CV1 create a pornographic video with her five-year-old sister. According to the data from CV1's phone videos folder, at approximately 10:47 p.m. CDT on or about June 14, 2024. CV1 created a video that is approximately two seconds in length. The video appears to be CV1 with another girl who appears to be approximately five years old. The video depicts CV1 and the girl nude from the thigh and up. CV1 is seen hugging the girl. The breasts of CV1 and the girl are visible in the video. There is no breast development visible on either the girl or CV1. There is no pubic hair visible on CV1 or the girl.

### C. ARIAS is both "Yuh" and "AlexRules"

24. According to HSI records, on or about July 12, 2024, law enforcement officers served SnapChat with a search warrant issued by the 104th Judicial District Court, Taylor County, Texas for the SnapChat account with username "silenceandobey." According to SnapChat records, "silenceandobey" has used the

15

following display names: "Yuh," "Silenc3," "Silence," "Ale," and "Alexiz Contreras."[10] On or about June 14, 2024, at approximately 8:40 a.m. CDT, silenceandobey, using the display name Yuh, sent a friend request on SnapChat to CV1.

25.     According to HSI records, on or about June 27, 2024, law enforcement officers served SnapChat with a search warrant issued by the 104th Judicial District Court, Taylor County, Texas for CV1's SnapChat account data. According to data produced by SnapChat in response to the warrant, on or about June 14, 2024 at approximately 9:58 p.m. CST, CV1 sent the SnapChat user named silenceandobey a hyperlink with an associated private number to use to begin messaging in Zangi.

26.     According to a screenshot from CV1's photos folder taken at approximately 11:52 p.m. on or about June 14, 2024, at 10:03 p.m. the same day— approximately five minutes after CV1 sent silenceandobey a/k/a Yuh a Zangi link— CV1 sent a video that appears from the first frame depicted in the screenshot to be an image of CV1 naked. Based on the screenshot, the following exchange then occurred:

> AlexRules:     Pleaseeeeee tell me you didn't delete it
>
> CV1:              Nope I kept it
>
> AlexRules:     THANK GOD [tear emoji]

---

[10] Based on my training and experience and knowledge of the investigation, I know that SnapChat usernames are unique to the user (*i.e.*, no other user can have the same username) but display names need not be unique to the user (*i.e.*, multiple users can have the same display name).

16

27.    According to SnapChat records, silenceandobey had dozens of selfies associated with the account.[11] Below is a side-by-side of one of the silenceandobey selfies and ARIAS' identification card on file with the Illinois Secretary of State:



ARIAS Identification Card Photo        "Silenceandobey" selfie

28.    According to SnapChat records, silenceandobey is associated with identification number 153cc38f-4669-5f6d-8led-6eb466be2534. According to data from CV1's phone contacts folder, on or about June 14, 2024, at approximately 10:34 p.m. CDT, CV1 changed a contact in her phone named "Yuh" to "My Boo Bear [kiss emoji]." At approximately 10:38 p.m. CDT on the same day, CV1's phone placed an outgoing call to "My Boo Bear" via SnapChat's audio call function. According to the

_____

[11] A "selfie" is a picture a cell phone or computer user has taken of him or herself.

17

data from CV1's phone, the social profile number for the call to "My Boo Bear" was the same as the number associated with silenceandobey: 153cc38f-4669-5f6d-8led-6eb466be2534.

29. Based on the foregoing and my training and experience, I believe that there is probable cause to conclude that the accounts listed in CV1's phone contacts as "Yuh" and "My Boo Bear", the Zangi account "AlexRules," and the SnapChat account "silenceandobey" (which during the events described above used the display name "Yuh"), are controlled by the same user.

30. According to data produced by SnapChat, 73.110.187.93 was the only IP address used by the "silenceandobey" SnapChat account during the time period when that account messaged with CV1 on or about June 14, 2024.

31. According to Comcast records, 73.110.187.93 is an active IP address subscribed to "Sergio Arias" since November 28, 2022. The service and billing address for the account is the same as the Subject Premises. The associated email with this account is SILENCEBIZZ@comcast.net.

18

### D.     ARIAS's other suspected child pornography activity

32.     According to NCMEC, on or about March 7, 2024, NCMEC received a tip regarding apparent child pornography.[12] The cyber tip states that a SnapChat account "zdripgodz", with associated email address silenceandobey@gmail.com, using IP address 73.110.187.93 (the same address subscribed to "Sergio Arias" as described above), "saved, shared, or uploaded" a video file at approximately 1:41 p.m. CST on March 7, 2024. Subscriber records from SnapChat confirm that the account "zdripgodz" used that IP address and that the account was created using a verified email address of silenceandobey@gmail.com.

33.     According to NCMEC records, the video is described as: "This video is one minute and twenty-one seconds long. The video shows a female child approximately 10-12 years of age sitting on the floor in a small bathroom. The child has her underwear pulled down to her knees, with her knees upright, while her feet and bottom remain on the floor. The child is exposing her vagina. Throughout the

---

[12] According to the NCMEC website and my knowledge of the organization, NCMEC was incorporated in 1984 by child advocates as a private, non-profit organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further their mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Programs. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Programs available to law enforcement and uses this information to help identify trends and create child safety and prevention messages. As a national clearinghouse, NCMEC also works with technology companies, law enforcement, and the public in a combined effort to reduce online child sexual exploitation. NCMEC does not act in the capacity of, or under the direction or control of, any government or any law enforcement agency. NCMEC does not independently investigate and cannot verify the accuracy of the information submitted by reporting parties.

video, the child begins to rub her vagina with her fingers and then places her fingers in her mouth. The child continues to rub her vagina and spread it open with her hands and place her fingers inside of her vagina."

### E.  ARIAS Resides at the Subject Premises.

34.  According to Illinois Secretary of State records, a Ford Mustang bearing license plate EQ35645 ("Subject Vehicle A") and a Jeep bearing the license plate DY31545 ("Subject Vehicle B") are registered to "Sergio Arias." According to Chicago Police Department ("CPD") records, on or about November 24, 2024, ARIAS was stopped for a traffic violation while driving Subject Vehicle A approximately three blocks east of the Subject Premises.

35.  According to HSI reports of information from a CPD mobile License Plate Reader located in the area of the Subject Premises, Subject Vehicle A was observed parked in front of the Subject Premises and has frequently parked there for the past four months. According to HSI surveillance records, on or about November 27, 2024, November 30, 2024, and December 2, 2024, agents observed Subject Vehicle B parked in front of the Subject Premises.

36.  According to HSI surveillance records, on or about November 30, 2024, a task force officer identified Subject Vehicle B located on the street in the front of the Subject Premises. At approximately 1:15 p.m., approximately 5 to 7 boys that appeared to be between the ages of 9 to 13 years old exited the Subject Premises.

20

ARIAS then exited the residence.[13] ARIAS walked towards Subject Vehicle B, which was parked on Nelson Street, entered on the driver side and started the vehicle. One of the boys entered the passenger front door and got in the car as well. ARIAS exited the parking spot and double parked in front of the Subject Premises. The boy in the front passenger seat exited and ran into the house for a moment. Once the juvenile returned to the vehicle, ARIAS drove east on Nelson Street.

37.     According to Illinois Secretary of State records, ARIAS lists the address 6438 N Claremont Ave, Chicago, IL 60645 (the "Claremont Residence") on his identification card, and both Subject Vehicle A and Subject Vehicle B are registered to that address under the name "Sergio Arias." According to CPD records, ARIAS has provided that address to police during booking for at least three prior arrests, the latest occurring on or about September 22, 2015. However, according to Cook County property tax information, "Sergio Arias" sold the Claremont Residence to Individual A on July 20, 2022.[14] Based on this information and the other evidence described above, I believe ARIAS no longer resides at the Claremont Residence, contrary to what some Secretary of State records indicate.

---

[13] The surveillance officer identified ARIAS through a comparison to a Chicago Police Department arrest booking photograph of ARIAS.

[14] Individual A is not believed to be connected with this investigation and does not appear to be a relation of ARIAS or his father.

21

**F.     December 17, 2024 Search of the Subject Premises.**

38.     Based on my knowledge of the investigation and HSI records and reports, on or about December 13, 2024, the government applied for and obtained a warrant to search the Subject Premises, which I and other agents executed on or about December 17, 2024. *See* 24 M 1004.

39.     According to information from other agents present at the execution of the search warrant, agents approached the Subject Premises at approximately 6:04 a.m. Agents knocked on the front door of the Subject Premises and gave lawful commands that any occupants of the residence must come out with their hands up. In response to those commands, eight individuals complied and followed law enforcement's instruction. The ninth individual, who I and other agents identified as ARIAS based on comparison to his identification card photograph, did not comply with agents' commands and instead opened the back slider door of the Subject Premises. ARIAS did not follow lawful commands not to move. ARIAS appeared to attempt to place an object or objects on the back patio of the Subject Premises but then retrieved those items and subsequently attempted to flee from the Subject Premises by exiting the back door of the Subject Premises and jumping down a porch located in the back of the Subject Premises. Agents observed ARIAS jump across multiple fences heading west through backyards of neighboring properties. ARIAS appeared to dig into the flowerpot and place something there. ARIAS was

22

apprehended approximately in between 5352 and 5354 West Nelson Street at approximately 6:25 a.m.

40.     According to information from other HSI agents, agents obtained consent from a person purporting to be the owner of the flowerpot where ARIAS appeared to place an object or objects and found five cellular telephones in the dirt of the flowerpot located in the backyard of 5342 West Nelson Street, approximately two houses to the west of the Subject Premises. According to a statement from a person who was present at the scene and identified themselves as the owner of the flowerpot, that person does not store cell phones in their flowerpot and any phone in the pot did not belong to them.

41.     According to my own observations and from information from other agents present during the execution of the search, at least one of the five cell phones found in the flowerpot, a Samsung Galaxy A32 5Gphone bearing serial number RFCT41WSP0W ("Cell Phone A"), was not locked and therefore did not require a passcode or facial recognition or other information to open.[15] I and other agents performed a short preliminary review of Cell Phone A and found child sexual abuse material in multiple locations on the phone. For example, in Cell Phone A's Google Photos folder, agents found multiple images of apparent juveniles without clothing or performing sexually explicit acts. More specifically and for example, one photo with

---

[15] Based on an open source database search, I know that the component parts of Samsung phones are manufactured, at least in part, in foreign countries and/or in states other than Illinois.

23

associated metadata showing a date of on or about May 11, 2024 depicted a prepubescent minor female in the shower; her breasts are visible and there is no apparent breast development; her vagina is also visible and there is no apparent pubic hair. Law enforcement observed the application Zangi on Cell Phone A.

42.     According to my own observations and information from other agents present during the execution of the search, during the execution of the search, a Motorola Moto G Stylus 2023 cell phone bearing serial number ZY22H8B2PK ("Cell Phone B") was found in a bedroom inside the home.[16] According to information provided by Individual B, who was present at the time of the search, Individual B is ARIAS's mother and ARIAS, along with some of her other children and grandchildren, live with her at the Subject Premises. Individual B stated that, when she is done using a cell phone, she gives it to her kids and grandkids who live with her, including ARIAS. According to information provided by Individual C, who was also present at the time of the search, Individual C is ARIAS' sister, and she also lives at the Subject Premises. Individual C stated that Individual B's kids and grandkids, including ARIAS, share the cell phones that Individual B provides them.

43.     According to my own observations and information from other agents present during the execution of the search, I and other agents performed a preliminary review of Cell Phone B and found child sexual abuse material. For

---

[16] Based on an open source database search, I know that the component parts of Motorola phones are manufactured, at least in part, in foreign countries and/or in states other than Illinois.

24

example, in the Cell Phone B Google Photos folder, law enforcement found a video containing the image of child pornography described above that AlexRules sent to CV1 via Zangi at approximately 6:05 p.m. on or about June 14, 2024, which CV1 then imitated when she created the images of child pornography described above. The metadata associated with this image includes a filepath that references Zangi. Zangi was downloaded as an application on Cell Phone B.

44. According to information provided by Individual C and Individual D, who identified herself as ARIAS' other sister and also lives at the Subject Premises, "Silenceandobey" is ARIAS and is his alias. Individual C also stated that people call ARIAS "Silence".

## G. CV1's Forensic Interview

45. As noted above, CV1 gave a recorded forensic interview at the Eastland County Child's Advocacy Center on or about June 21, 2024. Based on my review of the video, CV1 stated the following, which is only a summary and not a complete transcript or recitation of all statements made by CV1 during the interview:

a. About one week before the interview, a SnapChat user named Yuh added CV1 as a friend on SnapChat. CV1 said later in the interview that this request came at random. CV1 began chatting with Yuh and did so until about three days before the interview, when CV1's dad found her naked on his bed and asked what she was doing. She told her dad she was taking a shower, but he found out what she was doing, which was messaging with Yuh. Near the beginning of their

25

conversation, Yuh said that he was 11 years-old and provided a picture of himself. As best CV1 could recall the picture, Yuh had curly hair, brown eyes, no facial hair, and appeared to be about 13 years old. Yuh asked CV1 to do "weird things," such as get naked and lay on a bed, which she did. Yuh asked for photos and videos "every day" and CV1 sent them "every day." CV1 said that she did not think screenshots or downloads were taken of the pictures and videos.

b.      At first, CV1 said that she did not send pictures of anyone besides herself, but then she quickly said that she in fact sent a picture of her five year-old sister after Yuh asked for a picture of her little sister. CV1 stated that she spoke to Yuh on SnapChat and Zangi and no other applications. CV1 said that she did not like anything about Yuh. During their messaging, Yuh said that he thought CV1 was hot. CV1 said she thought she and Yuh were girlfriend and boyfriend and that he was her first boyfriend. CV1 said they never met in person and Yuh never asked to, nor did he know where she lived. She did not know where he lived either. Asked whether Yuh knew how old she was, CV1 said no. CV1 further stated that Yuh never gave her instructions about what to do in the pictures or videos she took of herself.

c.      CV1 stated that the pictures and videos she took were all deleted and were not on her phone anymore. She said she deleted them when she deleted Zangi a few days before the interview. CV1 stated that Yuh could see her bottom half and her top half in the pictures she sent. CV1 said that the videos showed her lying on her bed for a couple seconds on her tummy. CV1 said sending the videos and

26

pictures made her a little uncomfortable because she did not know Yuh and because of how he looked. CV1 said she would not talk to Yuh when she got her phone back. She said she and Yuh did not speak on the phone. She said she did not tell any of her friends about her conversations with Yuh.

d. In response to a question about whether she saved Yuh in her phone as "my baby boo," CV1 answered yes.[17] CV1 stated that if police looked in her deleted folders, they would find videos of her on a bed naked, which she sent to Yuh. She said that she showed him her butt in the videos. She wrote down that she sent him videos of what he called "pussy" and "boobs." She said the videos showed her with her legs open. She said that she showed him that because he told her to and said he liked it. She said that he did not tell her to do things to herself.

e. CV1 initially said that Yuh did not send her any videos but then said he sent videos of his ex-girlfriends showing their bodies. CV1 said the ex-girlfriends were not kids. Yuh did not say how old they were, but they looked like teenagers. CV1 then said she did not know why he sent them and didn't remember what he said about them, but that she did not like them. CV1 said he told her that her "pussy" was nice, but he did not tell her to do things to it. She said she does not think the videos will show her doing things to it.

---

[17] Based on my knowledge of the investigation, I believe this is a misunderstanding between the interviewer and CV1 and that both of them were likely referring to "My Boo Bear", as described above.

27

f.　　At first, CV1 said that she did not remember Yuh's username on Zangi, but when asked about "AlexRules", she said that was his name. She did not know his last name and thought his name on SnapChat was AlexRules, but after a moment said that, last time she saw it, his SnapChat name was Yuh, not AlexRules. She did not remember her login for Zangi, but she did remember that he asked her to download Zangi.

g.　　CV1 stated that she wanted AlexRules to "get found by the police." She said she wanted him to get in trouble because she was way too young to do stuff like that, which her dad told her. She does not miss talking to AlexRules.

## III. BACKGROUND INFORMATION CONCERNING CHILD PORNOGRAPHY

46.　　Based upon my own knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, computers affect the methods used by people who possess, receive, distribute, and transport child pornography in these ways:

47.　　Those who create child pornography can produce both still and moving images directly from a common video or digital camera, and other devices that create video and still images, including most cellular telephones. Images from such devices can be transferred to a computer by attaching the device to the computer using a cable, or by uploading images from the device's memory card directly onto the computer or into a storage account accessible from any computer with the capability

28

of accessing the internet (sometimes referred to as a "cloud" account). Once on the computer, images can then be stored, manipulated, transferred, or printed. This includes transfer to some of the same types of devices that are commonly used to create child pornography, such as cellular telephones, as well as other computers. As a result of this technology, it is relatively inexpensive and technically easy to produce, store, and distribute child pornography.

48. The Internet allows any computer to connect to another computer. Electronic contact can be made to millions of computers around the world. The Internet allows users, while still maintaining anonymity, to locate (i) other individuals with similar interests in child pornography; and (ii) websites that offer images of child pornography. Child pornography collectors can use standard Internet connections, such as those provided by businesses, universities, and government agencies, to communicate with each other and to distribute child pornography. They can also distribute and collect child pornography with peer-to-peer ("P2P") file sharing, which uses software to link computers together through the Internet to form a network that allows for the sharing of digital files among users on the network. These communication links allow contacts around the world as easily as calling next door. Additionally, these communications can be quick, relatively secure, and as anonymous as desired. All of these advantages, which promote anonymity for both the distributor and recipient, are well known and are the foundation of transactions between child pornography collectors over the Internet.

29

49. The computer's capability to store images in digital form makes it a common repository for child pornography. Internal and external computer hard drives typically store vast amounts of data, and hard drives with the capacity of 500 or more gigabytes – which can store tens of thousands of images at very high resolution – are not uncommon. Other electronic storage media, such as thumb drives and memory sticks, can store hundreds of images and dozens of videos. Likewise, optical storage media, which includes CD-ROMs and DVDs, and electromagnetic storage media also can hold hundreds of images and multiple videos. Such electronic, optical, and electromagnetic storage media are very commonly used by those who collect child pornography to store images and videos depicting children engaged in sexually explicit activity. Agents who execute child pornography search warrants often find electronic, optical, and/or electromagnetic storage media containing child pornography in the same location as or near the computer that was used to obtain, access, and/or store child pornography.

50. My training and experience, and the training and experience of other agents whom I have consulted, have shown the following:

a. Individuals who possess, transport, receive, and/or distribute child pornography often collect sexually explicit materials, which may consist of photographs, magazines, motion pictures, video tapes, books, slides, computer graphics or other images, as well as literature describing sexually explicit activity involving children. Such individuals frequently store their child pornography on

30

multiple electronic, optical, and/or electromagnetic storage media, including not only their computer, but also on external hard drives, CD-ROMs, DVDs, memory sticks, thumb drives, cell phones, and other such media. Many of these individuals also collect child erotica, which consist of items that may not rise to the level of child pornography but which nonetheless serve a sexual purpose involving children.

b.     Individuals who possess, transport, receive, and/or distribute child pornography often seek out like-minded individuals, either in person or on the Internet, to share information and trade depictions of child pornography and child erotica. The different Internet-based vehicles used by such individuals to communicate with each other include, but are not limited to, P2P, e-mail, e-mail groups, bulletin boards, Internet Relay Chat, newsgroups, instant messaging, and other similar interfaces.

c.     Individuals who possess, transport, receive, and/or distribute child pornography often collect, read, copy, or maintain names, addresses (including e-mail addresses), phone numbers, or lists of persons who have advertised or otherwise made known in publications and on the Internet that they have similar sexual interests. These contacts are maintained as a means of personal referral, exchange, or commercial profit. These names may be maintained in the original medium from which they were derived, in address books or notebooks, on computer storage devices, or merely on scraps of paper.

31

d.     The majority of individuals who possess, transport, receive, and/or distribute child pornography rarely, if ever, dispose of their sexually explicit materials and may go to great lengths to conceal and protect from discovery, theft, and damage their collections of illicit materials. These individuals almost always maintain their collections in the privacy and security of their homes or other secure location. These individuals may keep their collections in locked containers including filing cabinets, safes, or lockboxes. These individuals may also maintain their collections in password-protected or encrypted electronic media. They may keep these passwords, and other information concerning their use of the computer, on handwritten or printed notes that they store in personal areas and around the computer.

e.     Possessors, traders and distributors of child pornography sometimes store their illegal images and videos online in remote storage accounts. Therefore, any records, documents, invoices and materials in any format or medium that concern online storage or other remote computer storage could indicate that a person at the Subject Premises is storing illegal material in an online storage account.

- Files, logs, and records relating to P2P files can contain the names of files sent through the P2P service, as well as the date and time the files were transferred. These records could help identify the individual who transferred the child pornography images at the **Subject Premises**. Additionally, these records can

32

provide historical information about the trading of child pornography by individuals at the Subject Premises.

## IV.    CONCLUSION

51.    Based on the above information, I respectfully submit that there is probable cause to believe that ARIAS has committed sexual exploitation of children, and possession of child pornography offenses, in violation of Title 18, United States Code, Sections 2251(a), 2252, and 2252A, and respectfully request that this Court issue a criminal complaint alleging the same.

FURTHER AFFIANT SAYETH NOT.

_____
Holden Wegner
Special Agent
Homeland Security Investigations

Sworn to and affirmed by telephone 17th day of December, 2024

_____
Honorable BETH W. JANTZ
United States Magistrate Judge

33